ACCEPTED
03-15-00303-CV
6503815
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/14/2015 1:38:39 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00303-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/14/2015 1:38:39 PM
JEFFREY D. KYLE
Clerk

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN

**ROSE ENA CANTU**
*Appellant,*

**V.**

**SOUTHERN INSURANCE COMPANY AND STEVE DOLLERY**
*Appellees,*

Appeal from the 21st Judicial District Court, Bastrop County, Texas
Trial Court Cause No. 053-21
Hon. Carson Campbell, Presiding

## APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME

M. Chad Gerke
Texas Bar No. 24027390
Robert L. Collins
Texas Bar No. 04618100
Audrey E. Guthrie
Texas Bar No. 24083116
P.O. Box 7726
Houston, Texas 77270-7726
(713) 467-8884
(713) 467-8883 Facsimile
houstonlaw2@aol.com

Christopher D. Lewis
Texas Bar No. 24032546
1721 West T.C. Jester Blvd
Houston, Texas 77008
(713) 553-4104
(713) 467-8883 Facsimile

COUNSEL FOR APPELLANT

1

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Rose Ena Cantu, Appellant herein, and files this Unopposed Motion to Extend Time. In support thereof, and pursuant to Texas Rule of Appellate Procedure 10.5(b), Appellant would show as follows:

**A.     The deadline for filing the item in question:**

The item in question is Appellant's Brief. The current deadline for filing Appellant's Brief is August 14, 2015.

**B.     The length of the extension sought:**

Appellant seeks a one-time extension of thirty (30) days within which to file Appellant's Brief.

**C.     The facts relied on to reasonably explain the need for an extension:**

Counsel for Appellant have been called to trial and will not have adequate time to review the record and complete the Brief.

Counsel for Appellee is not opposed to this request.

**D.     The number of previous extensions granted regarding this extension:**

None, nor have any other extensions been granted (or sought).

Respectfully submitted,

_____

Robert L. Collins
Texas Bar No. 04618100
Audrey Guthrie
Texas Bar No. 24083116
P. O. Box 7726
Houston, Texas 77270-7726
(713) 467-8884 Telephone
(713) 467-8883 Facsimile
houstonlaw2@aol.com

**ATTORNEYS FOR APPELLANT
ROSE ENA CANTU**


## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that on August 14, 2015, I conferred with counsel for Appellee in this matter and they are unopposed to this motion.

_____
Robert L. Collins

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties, on this 14th day of August, 2015:

Catherine L. Hanna
Laura D. Tubbs
Eric Peabody
Hanna & Plaut, LLP
211 East Seventh Street, Ste. 600
Austin, Texas 78701
ltubbs@hannaplaut.com
Facsimile (512) 472-0205

_____
Robert L. Collins

NO. 03-15-00303-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN

**ROSE ENA CANTU**
*Appellant,*

**V.**

**SOUTHERN INSURANCE COMPANY AND STEVE DOLLERY**
*Appellees,*

Appeal from the 21st Judicial District Court, Bastrop County, Texas
Trial Court Cause No. 053-21
Hon. Carson Campbell, Presiding

**ORDER GRANTING APPELLANT'S UNOPPOSED MOTION TO
EXTEND TIME**

On this day came to be heard Appellant's Unopposed Motion to Extend Time. Having determined that the deadline for Appellant to file Appellant's Brief should be extended by thirty (30) days, the Court is of the opinion that the motion is well taken and should be in all things GRANTED. It is, therefore,

2

ORDERED, ADJUDGED AND DECREED that Appellant's Unopposed Motion to Extend Time is GRANTED in all things. The new deadline by which Appellant must file Appellant's Brief is September 14, 2015.

All relief not expressly granted herein is denied.

SIGNED THIS _____ day of August, 2015.

_____
HONORABLE JUDGE OF THE
THIRD COURT OF APPEALS